1  Stephen G. Recordon (SBN 91401)
   **RECORDON & RECORDON**
2  225 Broadway, Suite 1900
   San Diego, CA  92101
3  Telephone: (619) 232-1717
   Facsimile: (619) 232-1382
4  sgrecordon@aol.com

5  Clinton Rooney (SBN 221628)
   225 Broadway, Ste. 1900
6  San Diego, CA 92101
   Telephone: (619) 234-0212
7  Facsimile: (619) 232-1382
   rooneycdi@gmail.com
8
   Attorneys for Plaintiff PAUL WHITE
9
   Craig B. Sanders
10 **BAKER SANDERS, LLC**
   100 Garden City Plaza, Ste. 500
11 Garden City, NY 11530
   Telephone: (516) 203-7616
12 csanders@bakersanders.com

13 Attorneys for Defendants PRIDE ACQUISITIONS, LLC and BAKER SANDERS

14

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

| PAUL WHITE, | Case No: 4:13-cv-05149-PJH |
|---|---|
| Plaintiff, | **JOINT MOTION TO DISMISS ACTION**; AND ORDER |
| v. | |
| PRIDE ACQUISITIONS, LLC, et al. | |
| Defendants. | |

   IT BEING HEREBY STIPULATED by and between the parties to this action through their counsel of record that the above-captioned action be dismissed with prejudice pursuant to FRCP41(a)(1) as a result of the settlement of this case, the parties jointly move this court to dismiss this action and all claims asserted therein with prejudice.

**RECORDON & RECORDON**

Dated: February 4, 2014          /s/Stephen G. Recordon
                                 Attorney for Plaintiff, Paul White

Dated: February 4, 2014          /s/ Clinton Rooney
                                 Attorney for Plaintiff, Paul White

**BAKER SANDERS, LLC**

Dated: February 4, 2014          /s/ Craig B. Sanders
                                 Attorney for Defendants
                                 Pride Acquisitions, LLC and
                                 Baker Sanders, LLC

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Craig B. Sanders, counsel for Defendants, and that I have obtained Mr. Sanders' authorization to affix Mr. Sanders' electronic signature to this document.

**Recordon & Recordon**

Dated: February 4, 2014          /s/ Stephen G. Recordon
                                 Attorney for Plaintiff, Paul White

2/5/14

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA